FILED

2019 Jan-28  PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

7:19-CV-149-ACA-HNJ

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA,
WESTERN DIVISION

Freya Pearson,
Plaintiff

V.

Patricia A Bradley (Warden),
Federal Bureau of Prisons,
Defendant

## EMERGENCY INJUNCTION TO STOP BOP SANCTIONS AND SEEK MEDICAL ATTENTION

COMES NOW, Plaintiff Freya Pearson, is requesting this Honorable Court to remove all sanctions, and to order BOP not to impose any additional sanctions regarding 2 Incident Reports, one dated 12-5-18, and the other dated 12-24-18, both written by the same Officer, E. Butler.

Officer E. Butler lies in her Incident Reports and has lied in both of these Incident Reports regarding Plaintiffs behavior. Ms. Butler accused Plaintiff of calling her a "Messy Bitch" on 12-5-18, she lied. She stated that while she was locking down for count, she came to my door and I said "Messy Bitch" and then she said "excuse me", and then I said "you are a "Messy Bitch". I was sent to the "SHU" right after count and spent 12 days there. I had been having an issue with Ms. Butler all day, she has favorites in the unit that do not have to abide by the rules, but she holds the rest of us accountable. I tried to speak to her about that when she wanted me to do extra duty, and she got upset and sent me to the Lieutenants office when I refused.

Your Honor, I requested my DHO rep Mr. Cano, to look at the tape, because I said that Ms. Butler never had a conversation with me. He called me in on 12-31-18 to tell me that he reviewed the tape and she did not stop at the door, no longer than it took to lock it, maybe 3 seconds. What bothered me, was that he said that I would probably still be sanctioned, because there was no audio, and DHO will stick with the staff. Your Honor, whether their is audio or not, if you say that you had that amount of conversation with someone, at some point the tape would have to see you talking to that person, you don't need audio. The tape clearly showed that we never spoke when she came to my door. Ms. E. Butler lied in her Incident Report. I should not be sanctioned.

When I pressed Mr. Cano a bit, about why the DHO would stick with staff, even though the tape shows that what the staff says happened, did not, he said, because she does not have a record of lying in reports. Your Honor, if Aliceville refuses to call her a liar, even after they see video proof that what she says happened in an Incident Report, did not, then how is she ever going to get the reputation that she deserves, of lying in these reports. They refuse to call it what it is, Lying and falsifying Reports. Which is a violation of BOP Employee Codes of Conduct 3420.11.

I spent 12 days in the SHU for no explanable reason. Aliceville is only allowed to hold you in the SHU for limited reasons. The reason they checked for my time in the SHU, was for "pending an Investigation for a violation of BOP regulations". But, I was sent to the SHU 12-5-18, they held me there until 12-17-18, the investigation was completed 12-6-18 by LT Simmons. They held me in the SHU for no reason, which is a Law and BOP policy violation. Look at the date that LT Simmons finished his investigation of the Incident Report. The staff said they would hold me, until the SHU LT was ready to let me go. That is not in line with policy and the law, and should be addressed. (SHU timeline included) I was mistreated, and denied things that I was supposed to have. No communication with my family, or the court and I asked repeatedly. I received paper after several days of being in the SHU and begging, no pen, no way to send anything for days. Never did get a pen in the 12 days that I was there.

They routinely hold people in the SHU here at Aliceville while no investigation is going on, and then they do not give the inmate credit, for the time that they spent there, if there are further sanctions ordered by DHO. They consider that lost time. That is not right.

The Incident Report Policy 5270.09 is not properly followed at Aliceville, truthfully, it is not followed at a lot of BOP women's facilities. The Policy requires an investigation into all Incident Reports by a LT or person designated by the Warden, and who is

IDC-Certified. The policy also states "the investigating officer..... may not be otherwise involved in the incident". The investigating LT was involved in this incident. He was sent by a LT approximately 45 minutes before the Incident Report was written, to address the issues that Ms. Butler and I were having. He came over to the unit and said he did not give a "Fuck" that he had his date he was retiring 12-27-18, and if he had to come back, he would take the tables from everyone and then the TV. When he came back at 4 to send me to the SHU, he took the tables from the inmates for no reason. He was "not" supposed to be investigating the Incident Report, since he was involved.

Apparently, Ms. Butler was trying to write me an Incident Report earlier that day, for Insolence (312) and being "Out of Bounds (in my own cell), and she was told by the LT office that she could not, because I was not out of bounds, and there was no profanity used. I called her messy, earlier. Then all of a sudden 3 hours later, I receive an Incident Report with profanity in it for Insolence, she turned it into "Messy Bitch". Calling women "Bitch" is degrading, and I do not even allow other inmates to play with me like that. Kind of strange, that she is told by the LT, that she cannot write the Incident Report, because it had no profanity, then 3 hours later, she writes one and adds profanity.

The Incident Report Process is specific, and Aliceville does not follow the policy. First, the inmate is supposed to be (within 24hrs) properly written an Incident report by the alleging officer, then the LT is supposed to serve it, investigate and make his/her recommendation. The first problem here, is that LT Simmons did not have a properly written Incident Report to serve. So, he took it upon himself to "Suspend" the incorrectly written report that he had, until Ms. Butler came back to work, 2 days later, to re-write the Incident Report. LT Simmons is not allowed to "Suspend" an Incident Report, per the Incident Report Policy 5270.09, unless it is being referred for criminal charges, this one was not. The Incident Report should have been dismissed at this point. LT Simmons also altered the first Report.

LT Simmons came back on 12-08-18 to serve me the revised Incident Report, that still did not have all of the necessary information on it, so LT Simmons wrote the missing information himself, again. A violation of policy 5270.09, he was not authorized to alter the report. LT Simmons served me the 2nd Incident Report through a locked door in the SHU, he slid it under the door. I could hardly hear what he was saying (Look at the camera). He did not follow BOP policy by taking a statement at that time, because their was a different charge on this Report than the 1st one. Then LT Simmons stated that he looked at the video tape, and noted that their was unusual activity on Ms. Butlers behalf, and said it does not help you in this incident. I was confused by that statement, because he should have taken notice, that Ms. Butler did not have a conversation with me, as she stated in her Incident Report, when she came to lock my door. Surely, a skilled investigator would notice, that if the staff says that she had a conversation with someone, that he should indeed see them conversing, even if he can't hear what they are saying. LT Simmons was not supposed to be changing the Incident Report, nor was he allowed to be Investigator, since he was involved. I asked about LT Simmons IDC-Certification since he had announced that he had his date, I wondered if he bothered to recertify, no information was given regarding that question.

Then you are normally seen by UDC, unless you have had 3 Incident Reports in a year, then you have to go to DHO, and you look at very severe punishment for small things, and losing your good time days. Which, at the rate these officers fabricate Incident Reports, it is not unusual to have 3 in a day or a month. Then you are supposed to be served a Notice of Discipline Hearing at least 24hr BEFORE your DHO hearing. I never received a Notice for my Incident. They served a Notice for (307) Disobeying a Direct Order, not Insolence (312) which is what the Incident Report they gave me said. They do not follow proper procedure.

I had to go to DHO because I had been written 5 Incident Reports in 40 days by one Officer when I was at Pekin Camp. I wrote the Officer up several times for harassing me, and then I wrote the Camp up, I sent the certified 300 page detailed write-up to OIA, BOP Regional, Senator Dick Durbin on 8-6-18. I had been in BOP custody for 15 months with no issues, and in 40 days, this 1 officer wrote 5 Incident Reports, 1 search, threw away 2 Administrative Remedies, and sent me to the SHU lying in her Incident Reports. The Camp was upset at that write up and they shipped me from a Camp to an FCI. I have 9 points "with" all those write-ups, and you need 16 points to go to an FCI, they put a "Management Variable" on me to be able to punish me for writing them up, by sending me as they call (behind the fence). (Regional can email a copy of the write-up)

I want you to know Your Honor, that the conversation that Officer Latimer at Pekin accused me of having with her, another inmate admitted in her DHO hearing that "she" had that conversation with "Her" not me. They still punished me. This is what they do. Then DHO also refused to give me the DHO ruling so that I could appeal the decision. I had the Pekin DHO hearing 9-26-18, and I arrived at Aliceville 11-9-18, I asked the Case Manager at team for a copy, and she got me one 11-30-18. All that time unable to dispute the charge, and now I have to go to DHO because of the Officer at Pekin, and not being able to dispute the charge. You are punished "BEFORE" you can fight, and they make fighting so exhausting, by not giving you what you need to fight, or locking you in the SHU, without paper, pen, etc., and you have deadlines that you can't meet. Then they run you ragged when you get out of the SHU, you are exhausted, because you are constantly fighting. Just because you exercise your rights to write the Prisons up for violating your rights.

2 of 7

They abuse the "Disobeying a Direct Order (307)" they do not give these "Direct" orders that they accuse inmates of disobeying, or they consider orders, things that they cannot "Order" per policy in the first place. For example, Ms. Butler told me that she wanted me to do extra duty for having someone in my cell, I refused to do extra duty, however, BOP requires me, to have to agree to Informal Remedies, so me refusing an Informal Remedy (extra duty) is not disobeying a direct order. They abuse the "refusing Programs" (306), they write Incident Reports for things that BOP does "not" consider Programs. They abuse the "Insolence towards staff" (312) this is a big one, they sit daily and use profanity when talking to inmates in conversations, when they get mad at inmates and the inmates use profanity, then it is considered insolence. My situation, Ms. Butler was having a conversation that morning (12-5-18) with an inmate, when I walked towards her office, I could hear the inmate saying, "I would have fucked that Bitch up if I was you Ms. Butler", presumably talking about another inmate, but, now Ms. Butler is offended and writing an Insolence Report for being called "Messy". They abuse a lot of the Incident Report Process violations, and there is nowhere that inmates can get real help from.

They say utilize the Administrative Remedy Process 1330.18, and the Courts require that process to be utilized before they will intervene. However, the staff does not follow that policy either. They give inmates a hard time when they request the forms that are needed, they tell you how many that you can have, and then they don't process them in a timely manner. They only allow 1 issue per form, so if you have more than 1 issue, they tell you to pick one. That is a policy violation, when you try to get the form they say come to my open house and get it, their open house is once a week, IF they have it at all. If you try to give them the completed form, they say the same thing, come to my opn house. But, you have 20 days to get the Informal Remedy form back and get the BP-9 form turned in to be processed.

Your Honor, a real investigation into this matter will help, but truthfully, what is already here is enough to see that something is really wrong with this situation, and the process used to Discipline inmates. My process violated Due Process, and you can clearly see a lie from the Officer that is being ignored. Officers should not get away with lying.

I emailed and asked the Warden, what her time frame was for responding to Informal Remedies, she did not answer the question, she referred me to my Counselor. That was a simple question, that I still do not have an answer to. So in essence, we are held responsible for filing remedies that do not really exist, that we cannot get the forms for, that we cannot properly file, so really there is no Administrative Remedy at all for us to obtain ANY relief from.

In the Women's Prisons under BOP control the Women are abused, and BOP does not recognize or provide a method to receive any relief. I came from Alderson FPC where the Warden was abusive, the Captain was Indicted for sleeping with the inmates, the staff was abusive. I wrote them up. Went to Pekin Camp where the staff was sleeping with inmates, the men staff from the FCI would come over and kick in doors at Midnight, scaring us half to death because they did not want to come over and count us, lying in Incident Reports, calling the women "Mother fuckers" and cursing the women out, they punish Psych patients (for cutting themselves, who are under psychiatric care), and are just overall abusive. Now, I am behind the fence at Aliceville, where the staff is doing the exact same thing, lying in Incident Reports, Cursing women out, male staff kicking women to stop fights, male staff getting in women's faces yelling and screaming, (inmates say some staff are getting oral sex from the women), and overall abusive. BOP needs some type of oversight when it comes to the way women are being treated. Women are dying from lack of Medical care, at 2 of these places, Alderson and Aliceville, and the Wardens let this stuff happen. There are NO real protectors in here. These Women are like Prey.

Women are degraded and disrespected DAILY. This is where people come to work and can behave ANYWAY they choose with no consequences. They can Order Sex, Order women to speak, abuse women, and they all stick together and condone the sick behavior. My Write-up gave enough information for them to do something. Instead the only thing they managed to do was ship me in retaliation.

In Wolfe v Mcdonnell, 418 U.S. 539, 94 S. Ct. 2963, 41 L. Ed. 2d 935 (1974), the United States Supreme Court held that an inmate is entitled to the following due process rights in disciplinary proceedings: 1)Written notice of the charge; 2) an opportunity to present witnesses and documentary evidence; 3) an impartial hearing body; 4) assistance for illiterate inmates or in complex cases; and 5) a written statement of evidence relied upon and the reasons for the sanction. Also, see Stiger v Grayer, 159 F App'x 914, 915 (11th Cir. 2005)

Aliceville DHO does not require any evidence in the record to support the staffs accusations in the Incident Report, it considers the Incident Report itself as enough evidence to support a non-favorable decision at a DHO hearing. I requested the tape from the day of the Incident to refute the staffs accusation, and even though the tape proves that she did not stop at my door and talk to me, they still left me in the SHU AFTER the investigation was over, and I am still going to DHO for more sanctioning. It would seem that some independent evidence would be required, although they don't seem to accept any if it contradicts the staffs accusation.

I have yet to be served written Notice of the 1st Incident Report 12-5-18, and I have yet to be served a Notice of hearing for the date of the other. They gave me a Notice of hearing for 12-5-18 with a violation of "Disobeying a Direct Order", which had nothing to do with the actual Incident Report written & served, and on the 2nd one, they gave me a Notice with a different date. When I pointed out to the DHO Officer that I had not even spoken to my Rep to form a defense, and that I did not receive Notice, she told me that she was not going to waste anyone's time by requiring them to come back. (Please see the tape from the DHO hearing on 12-18-18.) I was being denied a defense, and proper procedures to protect my due process rights were being disregarded. They have a disregard for the proper procedures and we are punished before we can fight them. My Rep Mr. Cano, was reluctant to ask for a continuance, and I had to really struggle with him. He was polite and ultimately asked for a continuance, but the process was a struggle, it wasn't fair and in line with my due process rights.

Your Honor, we should not be forced to go through with a DHO hearing, when we have not had time to prepare a defense, we have not spoken to our staff Rep, and then be expected to sit in handcuffs behind our back while trying to talk to our Rep at the last minute, forced to rush and make decisions in that capacity, or in the alternative, be punished.

Your Honor, I PRAY for some some EMERGENCY relief from this Court:

I PRAY this Court:

1) ORDER BOP to Immediately stop any and all sanctions related to the Incident Reports from 12-5-18 and 12-24-18 from the

4 of 17

same Officer. The Tapes prove that the Officer lied in the Incident Report, they don't show us ever having a conversation at my door at lockdown, and the inherent Policy around here is to ignore the evidence and accept whatever the staff says happened. The 2nd Incident Report on 12-24-18 was also not truthful, the staff member is a liar and has an issue with me. Her own email stated that the 2nd report was petty.

2) ORDER BOP to dismiss the Reports for improper adherence to their policy. The policy 5270.09 was not properly followed, and the Report should have been dismissed after it was altered by the Lieutenant, and not written nor served properly. They are not allowed to suspend the Report for things outside of what the policy authorizes. It should have been dismissed.

3)ORDER BOP to send me to a foot specialist, and find a Blood Pressure medicine that works for Black Patients.

(I am in need of Medical treatment I need proper Blood pressure medicine. I am retaining fluid and swelling, I have an enlarged Heart, and they are trying to give me Blood Pressure medicine that says it is not for Black patients. I also need to see a foot specialist, I have a heel spur in my right foot that makes it extremely painful to walk, their is numbness in my left foot, and Dr Griffin recommended that I file my skin down (not dead skin) to make the numbness go away. He had exercises that he recommended for my heel spur, but said that we did not have the items needed to exercise with. The pain is excruciating, and I need to find out what the real problem is.

4) ORDER BOP not to send me to the SHU under some type of Investigation into this matter as retaliation while and after it is before this Court, or to impose any sanctions regarding these matters addressed here. Also, not to retaliate against me for asking this Court for help.

5) Please Subpoena a copy of the complaint against Pekin Camp that was certified and shipped to BOP, OIA, and Regional 8-6 -18.
Please subpoena a copy of the LT Report on this matter from 12-5-18.
Please request a copy of the email that my staff rep Mr. Cano sent to the DHO Ms. Cano regarding the video tape for 12-5-18.

6) ORDER BOP to remove the Management variable keeping me at an FCI, so that I can go back to Camp. Please read the complaint that I sent them, and I believe you will understand my argument with being harassed by the same officer in a 40 day period. I should not be at an FCI for writing them up. I told the truth and their OIA has not done anything, they have not addressed any issue that I wrote and asked them for help with. They seem to condone the abuse to Women that is going on.

7) Provide me with Counsel to address the issues with BOP violating my rights.

8) Take Notice of the abuse going on in BOP with the treatment of the Women in their custody.

Update Since I originally wrote this Injunction:

(1-2-19) Ms Butler called me in and stated "I do not have a problem with you", and I stated, "I have an issue with you, I did not call you a Bitch, and I have a problem with being lied on in 2 Incident Reports". Ms. Butler apologized for the 2 Incident Reports. She said she was being petty and she was sorry. I said again that I did not call  you a "Bitch", she said, "I thought you did, maybe you didn't, I don't know", rather non-chalant. She apologized again. We talked a bit and she said she was mad at what I had told her an inmate said, but not at me, and she was sorry that she took it out on me. She said she would send Ms. Cano (DHO) an email asking her to dismiss everything (the 2 Incident Reports), she showed me the screen that she had sent an email, but I did not see its contents. I am not exactly sure if her email to Ms. Cano (DHO) reflected our conversation or not. I say that because she said she sent the email, and when I asked her did she address both Incident Reports, she hesitated, and said yes.  We agreed to start over.

(1-2-19) Ms. Jenkins (Unit Manager) told me on Monday that she wanted to speak to me on Wednesday when she returned, she did not say why. I went to talk to her after I spoke to Ms. Butler, and she said Ms. Butler said that I was disrespectful, and that I was walking around in my underwear. I disputed that, I do not even engage Ms. Butler in conversation since she wrote the Incident Report on 12-5-18, and I did not say much, if anything at all before then. When I mentioned the conversation to Ms Butler, she seemed embarrassed and apologetic, she dropped her head and said that she had said some things, and she would talk to Ms. Jenkins. She apologized again.

(1-9-19) Called into the SHU and handcuffed to wait to see DHO. It is a real inhumane way to have to see DHO, handcuffed, and unable to really be comfortable, and properly review your paperwork to defend yourself. I was put in and out of handcuffs each time someone entered or left the room, it was painful and uncomfortable, and I was in the SHU from 12:20 to 1:50 only to be told that my hearing would be rescheduled because my Rep was not at work that day. They knew the Rep was not there

before I went in, so why send me through the treatment.

(1-12-19) Spoke to Ms. Butler again. I made a statement while talking that she had been the subject all week, basically in trying to address things since her and I had talked. But, then when I was walking back by her office, I heard the unit bully which is one of her favorites say to her, so what did she mean by you been the talk all week. So, I went and put the things down that were in my hand and went and asked Ms. Butler if I could speak to her privately. Her favorites did not like that, they were in her office as usual. I then said to her, that I thought we were trying to start over, and told her what I heard, she said no, that was not about you, it was something else. I let it go, and we talked about something else. I did not believe that lie, because her favorite, "Horton" said my exact words that I had just said to Ms. Butler not 5 minutes before that, so Ms. Butler had to tell her what I said.

Then, I was in the TV room and her favorite "Horton" came in for a video visit, told me "MOVE", I ignored her, then she said "EXCUSE YOU", I said no excuse you, she said I need to to move this thing, I said then say excuse me. She went off about if I want to know something, don't ask Ms. Butler ask her, and "Ms Butler not bother anyone and I should not be writing her up. Clearly Ms. Butler told her what I came and spoke to her about. She called me a BITCH and said I can't wait till you leave, you write up people everywhere you go. I told her she talked to much, and if she had a problem with me, then do something about it, other wise talk to her self, and then I continued to watch the movie that I was watching. She said something else, but I tuned her out. She is a Bully, and she insights violence, but no one addresses her behavior. MS. Butler was aware of this.

(1-16-19) I had DHO today, and though I was never served the Written Report, and even though she had a VIDEO Proving that the Officer and I never had a conversation, she still sanctioned me and took 28 good days, ALL communication for 3 months and commissary for 3 months. And they said the 12 days that I already served in the SHU does not count. This is not right, the officer lied and my rights were not respected. Also, the DHO is holding 14 SHU days over my head.

They are abusing the DHO and Incident Report process, I cannot call the Court, or my children, because an officer lied and they ALWAYS yield to the officer. The DHO told me that the officer sent her an email and said that the 2nd Incident Report was petty, but she still sanctioned me. The officer lied, look at the tape. I need to call the Courts and my children.

Envoking your rights seem to enrage this DHO lady. I did not want to do anything to anger her.

HELP ME PLEASE

Freya Pearson

Your Honor,

Date: 1-16-19

Just some things that I wanted to add, but ran out of room:

I have sent an Informal Request regarding this issue with Ms. Butler, in writing to start the Administrative Remedy process on approximately 12-27-18, and to date, no response has been received. No one has said a word. I asked for help before going to DHO from Lieutenants, SIS, the Captain, My Unit team, and the Warden, and NO ONE would help. I only have 20 days per policy to file the Informal request AND the actual BP-9. They do not follow BOP policy, and when they don't and violate our rights they still punish us.

I went to DHO today, and the DHO lady Ms. Cano was not concerned with my rights. I remember the last time I was seen in front of her on 12-18-18 and I told her that I had not been served the written notice that was required, she was angry and said she was not wasting anyone's time by asking them to come back for that reason. I want you to know Your Honor, that to date, even though I told her that on 12-18-18, I still have not been served the required notice. But, I was punished anyway.

She asked today about some of my rights, but I would not dare say anything else to her about that, when she is about to sanction me no matter what. I was unable to argue for my rights without being punished. She took 28 good days, 3 months commissary, phone, and email, even though she had proof that the Officer lied.

There is no evidence that we can produce that will make her rule against an Officer, and that is not how this process is supposed to work. Look at the 2 videos of our DHO Hearing, the one today 1-16-19 and the one 12-18-18, and you will see, that we really are not heard, and she presumes that we are guilty no matter what.

DHO lady Ms. Cano, brought up my previous Incident Reports from another Institution (all in 40 days from the same officer), from September 2018, but she failed to acknowledge that I was not given the necessary paperwork (another right violation) from that Institution, in order to appeal that decision. Had I received the paperwork from the previous DHO like I was supposed to, I could have appealed the decision, and then I probably would not have had to appear in front of this DHO in the first place. I am being sanctioned by her, before I can appeal an incorrect decision from a previous DHO. When you write the Staff and Prison up, this is what they do. They write Incident Reports that are not truthful, and then they punish you, and you have nowhere to turn. You end up, constantly fighting punishment, and fabricated Incident Reports, in the midst of the other issues and violations that BOP subjects you to. It is designed to be torturous, and very difficult for us, to force us to give up writing them up. But, I will not give up. After sanctioning me, DHO Ms. Cano then bragged about taking my Liberty, as if she were a higher Power. It was really something. I think after a while people need to move to different positions, because when you stay in a position with that much power long, you can forget that the people that you are judging are human, and not all of them are liars, nor guilty.

Please help me. I did not do what I was accused of, I did not call Ms. Butler or any other BOP staff member a "Bitch", EVER, and I am willing to take a lie detector test to attest to that fact. The BOP staff routinely lies on inmates, because they can. Then we have to go to lengths like this, instead of being able to use an Administrative Remedy Process that is supposed to address these very issues. The Administrative Remedy Process does not really exist. The Wardens are deliberately Indifferent, and ignore allegations against their staff, unless it is a sexual one, and they only half address those. They have blinders on, when it comes to staff violating due process rights, harassing, and sleeping with inmates.

Your Honor, I would have put a copy of the Informal Remedy from 12-27-18, but the copier was down and had been for a while, and I do not have a copy. Can you please subpoena the copy of the Informal Remedy that I filed from around that time regarding Ms. Butler.

Freya Pearson

7 of 7

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 01/16/2019 01:26:25 PM

To: Health Services
Inmate Work Assignment: Compound PM

HI,

I am still retaining fluids. I need an increase in my BP meds and to be evaluated. Also, as I have stated before, I am not receiving any BP checks.

Thank You

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex Parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 01/08/2019 07:35:36 PM

To: Health Services
Inmate Work Assignment: Compound pm

Hi,

I am retaining fluids pretty bad, and I need to ask for my BP Hydrochlorothiazide meds to be increased to 50 from 25. With my BMI as high as it is, I need a higher dosage to get the fluids off of me. Can you increase my dosage please? Also, I still do not have a prescription for my triamsinolone ointment.

Thank You

Freya Pearson

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex Parte*

-----------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 01/11/2019 07:16:12 AM

To: Dr Griffin
Inmate Work Assignment: Compound PM

HI,

I am requesting help with this fluid retention, and a response regarding my BP med increase. I also, still do not have my eczema cream prescription.

Thank You
-----PEARSON, FREYA D on 1/8/2019 7:35 PM wrote:

>

Hi,

I am retaining fluids pretty bad, and I need to ask for my BP Hydrochlorothiazide meds to be increased to 50 from 25. With my BMI as high as it is, I need a higher dosage to get the fluids off of me. Can you increase my dosage please? Also, I still do not have a prescription for my triamsinolone ointment.

Thank You

Freya Pearson

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A          *Cx Parte*

---------------------------------------------------------------------------------------

FROM: 27182045
TO: Trust Fund
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 01/17/2019 09:04:55 AM

To: Mr Willis
Inmate Work Assignment: Compound PM

Good Morning Mr Willis,

Hope your day is pleasant. The computer and printer at Rec was down all day yesterday, and I need to print some labels and my Legal work to send to the Court. Do you know when we will be able to print anything? It is the only place that we can print, and I have now missed the deadline this morning for sending legal work out.  Please advise Sir..

Thank You

Freya

*Ex Parte*

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

-------------------------------------------------------------------------------------------

FROM: 27182045
TO: A Unit Team
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 01/16/2019 07:01:15 PM

To: Ms Burnett
Inmate Work Assignment: Compound PM

Hi Ms. Burnett,

I am checking on the status of the Informal Remedy that I turned in to you on 12-26-18 regarding Ms. Butler. Can you give me an update please.

Thank You

*Ex Parte*

BP-A0288
JAN 17

INCIDENT REPORT  *original write up*

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

**Part I – Incident Report**

| | | | |
|---|---|---|---|
| 1. Institution: FCI Aliceville | | Incident Report Number: | |
| 2. Inmate's Name: Pearson, Freya | 3. Register Number: 27182-045 | 4. Date of Incident: 12-05-2018 | 5. Time: 3:45 pm |
| 6. Place of Incident: A-1 | 7. Assignment: Compound PM | | 8. Unit: A-1 129L |
| 9. Incident: 307 | 10. Prohibited Act Code (s): Insolence Towards of Staff | | |

11. Description of Incident (Date:    12-05-2018        Time: 3:45 pm        Staff became aware of incident):

AT approximately 3:45 pm on December 5, 2018 while securing A-1 housing unit preparing for the 4:00 pm count, inmate Pearson, Freya  reg # 27182-045 stated to me " a messy bitch. ' I then said to inmate Pearson excuse me! She then stated, " you, a messy bitch.' I then continued to lock down the housing unit. Operations Lieutenant was notified.

| | | |
|---|---|---|
| 12. Typed Name/Signature of Reporting Employee: E. Butler | 13. Date And Time: 12/5/2018 | 4:00 Pm CTS |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15. Date Incident Report Delivered: 12-05-2018 | 16. Time Incident Report Delivered: 6:48 Pm |

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

19. Committee Decision is Based on Specific Evidence as Follows:

18. A. It is the finding of the committee that you:

    Committed the Prohibited Act as charged:
    Did not Commit a Prohibited Act.
    Committed Prohibited Act Code (s). _____

B  ☐  The Committee is referring the Charge(s) to the DHO for further Hearing.
C.  ☐  The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature): _____   Member (Typed Name): _____   Member (Typed Name): _____

INSTRUCTIONS: All items outside of heavy rule
are for staff use only.  Begin entries with the number 1 and work up.  Entries not completed will be voided by staff.

Distribute:  Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

BP-A0288
JAN 17

**INCIDENT REPORT** *Exparte*

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

Part I - Incident Report

| 1. Institution:  FCI Aliceville | | Incident Report Number:  3199078 | |
|---|---|---|---|
| 2. Inmate's Name:<br>Pearson, Freya | 3. Register Number:<br>27182-045 | 4. Date of Incident:<br>12-5-2018 | 5. Time:<br>3:45 PM |
| 6. Place of Incident:<br>Officer Station | 7. Assignment:<br>Compound PM | | 5. Unit:<br>A1 |
| 9. Incident: Insolence towards a staff member | | 10. Prohibited Act Code(s)<br>312 | |

11. Description of Incident (Date:   12-05-2018          Time:       3:45 PM          Staff became aware of incident):

At approximately 3:45 pm on December 5, 2018 while securing A-1 housing unit preparing for the 4:00 pm count, inmate Pearson,Freya  reg # 27182-045 stated to me " a messy bitch."  I then said to Inmate Pearson excuse me! She then stated, " you, a messy bitch." I then continued to lock down the housing unit. Operations Lieutenant was notified. *This is a rewrite of Item 3199078*

| 12. Typed Name/Signature of Reporting Employee:<br>E.Butler/ | 13.Date And Time: 12/08/2018 *-ms*<br>12-08-2018/ 4:00 PM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature): | 15 .Date Incident Report Delivered:<br>12-08-2018 | 16. Time Incident Report Delivered:<br>6:20 pm |

Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

_____

_____

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____

B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of its finding and of the right to file An appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

_____

_____

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

_____

_____

21. Date and Time of Action:_____(The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)          Member (Typed Name)          Member (Typed Name)

Page #2, Continued                                    **Incident Report**

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD                    Prescribed by P5270          Replaces BP-A0288 of AUG 11

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|

2

BP-A0288
JAN 17

INCIDENT REPORT Exparte

U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| 1. Institution: FCI Aliceville | | | Incident Report Number: 3199878 | |
|---|---|---|---|---|
| 2. Inmate's Name: Pearson, Freya | 3. Register Number: 27182-045 | 4. Date of Incident: 12-5-2018 | | 5. Time: 3:45 PM |
| 6. Place of Incident: Officer Station | 7. Assignment: Compound PM | | 5. Unit: A1 | |
| 9. Incident: Insolence towards a staff member | | 10. Prohibited Act Code(s) 312 | | |

11. Description of Incident (Date:  12-05-2018      Time:    3:45 PM        Staff became aware of incident):

At approximately 3:45 pm on December 5, 2018 while securing A-1 housing unit preparing for the 4:00 pm count, inmate Pearson,Freya reg # 27182-045 stated to me " a messy bitch." I then said to Inmate Pearson excuse me! She then stated, " you, a messy bitch." I then continued to lock down the housing unit. Operations Lieutenant was notified. *This is a rewrite of item 3199078*

| 12. Typed Name/Signature of Reporting Employee: E.Butler/ | 13.Date And Time: 12/08/2018 12-08-2018/ 4:00 PM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15 .Date Incident Report Delivered: 12-08-2018 | 16. Time Incident.Report Delivered: 4:20 Pm |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
I did not call her a bitch. Staff is not telling the truth. I called her messy.

| 18. A; It is the finding of the committee that you: | B. | ✓ The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|---|
| ___ Committed the Prohibited Act as charged. | | |
| ___ Did not Commit a Prohibited Act. | C. | ___ The Committee advised the inmate of |
| ___ Committed Prohibited Act Code(s). _____ | | its finding and of the right to file An appeal within 20 calendar days. |

19. Committee Decision is Based on Specific Evidence as Follows:
The writer statement that Pearson stated to me " a messy bitch." The inmate statement that she called her messy"

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):
10 Days DS

| 21. Date and Time of Action: 12/11/18 accurately reflects the UDC proceedings). S. Reed B. Reed | 11:00Am (The UDC Chairman's signature certifies who sat on the UDC and that the completed report | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

Page #2, Continued                                                              Incident Report

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

| WD | Prescribed by P5270 | Replaces BP-A0288 of AUG 11 |
|---|---|---|

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|
| | 3 |

e x parte

Notice of Discipline Hearing Before the (DHO) CDFRM

BP-A0294
AUG 11                                                          FEDERAL BUREAU OF PRISONS
U.S. DEPARTMENT OF JUSTICE

FCI ALICEVILLE, AL
Institution

TO: Pearson Freya                              REG. NO.: 27182-045

ALLEGED VIOLATION(S):
Refusing to Obey an Order

DATE OF OFFENSE: 12-5-18                        CODE NO: 307

You are being referred to the DHO for the above charge(s).

The hearing will be held on: ___TBA___ at ___TBA___ (A.M./P.M.) at the following location:

_____.

You are entitled to have a full-time staff member represent you at the hearing. Please indicate
below whether you desire to have a staff representative, and if so, his or her name.

I (do) ✓ (do not) _____ wish to have a staff representative.

If so, the staff representative's name is: L.T. Black

You will also have the right to call witnesses at the hearing and to present documentary evidence in
your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of
witnesses you wish to call should be listed below. Briefly state to what each proposed witness would
be able to testify.

I (do) _____ (do not) ✓ wish to have witnesses.

| NAME: | CAN TESTIFY TO: |
|---|---|
| | |
| NAME: | CAN TESTIFY TO: |
| | |
| NAME: | CAN TESTIFY TO: |
| | |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably
available, and who are determined by the DHO to have information relevant to the charge(s).
Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses
may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form
to the DHO.

DATE: 12-11-18          SIGNATURE: X_____

Notice of hearing before DHO given inmate 12-11-18   11:14am by   S. Reed /D. Reed
                                            Date/Time              Staff Printed Name/Signature

*(This form may be replicated via WP)*                      *Replaces BP-294(52) of JAN 80*

Prescribed by P5270

4

*Ex parte*

BP-A0293    Inmate Rights at Discipline Hearing CDFRM
AUG 11
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Institution:_____FCI ALICEVILLE_____.

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:
    1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;
    2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;
    3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;
    4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;
    5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;
    6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,
    7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.
I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: Pearson, Freya         . Reg. No.: 27182-045        .

Inmate Signature: X _____ . Date: 12-11-18        .

Notice of rights given to inmate (Date/time): 12/11-18  11:11 pm        ,

by: S. Reed /S. Reed                    .
      Staff Printed Name/Signature

Where an inmate has been advised of the rights afforded at a hearing before the DHO, but refuses to sign the acknowledgement, the following should be completed.
I have personally advised (Inmate's Name/Register No.): _____
of the above rights afforded at a discipline hearing before the DHO; however the inmate has refused to sign the acknowledgement.

Staff Typed or Printed Name / Signature:_____/_____.

Date:_____.

WAIVER OF 24 HOUR NOTICE
I have been advised that I have the right to have a written copy of the charge(s) against me at least 24 hours prior to appearing before the DHO. I wish to waive this right and proceed with the DHO hearing at this time.

Inmate Typed or Printed Name / Signed:_____/_____.

Register Number:_____. Date:_____. Time:_____.

Witnessed by:_____/_____.
      (Staff Printed Name/Signature)

*(This form may be replicated via WP)*     Prescribed by P5270     *Replaces BP-293(52) of JAN 88*

5

*Exparte*

BP-A0308    **ADMINISTRATIVE DETENTION ORDER**                    **U.S. DEPARTMENT OF JUSTICE**
JAN 17                                                            **FEDERAL BUREAU OF PRISONS**

ALICEVILLE FCI   **A-1**
Institution

Date/Time  12-05-2018 16:38

TO: Special Housing Unit Officer

FROM: LT. WILLOCK, LIEUTENANT _____, (Name/Title)

SUBJECT : Placement of _____ PEARSON, FREYA D _____, Reg. No. ___27182-045___, in Administrative Detention

___✓___(a)  Is pending an investigation for a violation of Bureau regulations;

_____(b)  Is pending an SIS investigation.

_____(c)  Is pending investigation or trial for a criminal act;

_____(d)  Is to be admitted to Administrative Detention

_____(1)  Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____(2)  Since a serious threat exists to individual's safety as perceived by staff, although person  has not requested admission; referral of
the necessary information will be forwarded for an appropriate hearing by the SRO.

_____(e)  Is pending transfer or is in holdover status during transfer.

_____(f)  Is pending classification; or

_____(g)  Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's
designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general
population poses a serious threat to life, property, self, staff, other inmates,  or to the security or orderly running of the institution because*
312 - Insolence toward a staff member

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on

(date / time) _____

Staff Witness Signature/Printed Name  *W. Bonneau*  W. Bonneau _____ Date ___12/05/18___

Supervisor 24 hour review of placement: Signature/Printed name_____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is
documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy ·  Unit Manager; Copy - Operation Supervisor
- Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF                              Prescribed by P5270                    (Replaces BP-A0308 of JAN 88.)

6

*Ex parte*

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------

FROM: 27182045
TO:
SUBJECT: Timeline SHU
DATE: 12/23/2018 08:00:05 PM

(12-5-18)
Went to LT office regarding an Incident with MS Butler. LT sent me back to the unit, upon returning Ms. Butler had told an inmate, that I was in her office talking about the inmate, and the other inmates were asking me about the incident.

I immediately walked back out to go see LT cash, he was leaving and told me that LT Simmons would handle the situation. I tried talking to LT Simmons and he would not discuss the issue, he said "I'm going to handle it, watch how I handle the situation". He then came into the unit and told the ladies that he did not give a "Fuck", that he had his date (for retirement 12-27-18) and that Ms. Butler was in charge, and that if he had to come back he would take the tables, and then the TV.

My Situation had NOTHING to do with those things. LT Simmons did not address the situation properly at all.

After 4pm Count, I was sent to the SHU regarding an incident Report incorrectly written by Ms. Butler, accusing me of calling her a "Messy Bitch". She lied.

LT Simmons came by the SHU and said that he would be investigating the Incident Report. Although he was involved from earlier that day.

(12-6-18)
Sent Copout to Warden about the issue.

No Meds were given to me, even though I asked for them.

Asked a female staff for the time, and she held up her wrist and said skin thirty, laughed and walked off.

I asked for a phone call, and about sending out my Legal paperwork.

(12-7-18)
LT Black came thru and said "You wrong", "You wrong", I told him that I do not call females "Bitches", and I did not call her one.

Captain came by and I spoke to him about the Incident Report situation, about sending my legal work to the Court, about not being able to make a phone call, he said he would look into it. (He did not) I Asked him about my medicine. He said he would look into it. (he did not)

Sent Copout to the SHU LT about my legal papers needing to be sent to the Court. (never got a response)

Warden walked thru, said hi and kept walking, I asked the lady walking by after her, who she was, and she said the Warden. I asked to speak to her and the lady (her executive asst.) told me that she had already passed my door, and I could speak to her next week. When the Warden came through the other side, I motioned the Warden and she came over, I asked her if she received my Copout, she said she gets many copouts, and if I sent it, then it should be there, then she left. I was unable to speak to her about my issues. She served absolutely no purpose, in coming through the SHU, other than to simple show up.

Ms. Burnett (Counselor) came through she talked and listened. She said that I would be sanctioned, and talked a bit, and said this was her way of Counseling me. She was polite. I asked for Informal Remedy forms, and I asked her about sending out my legal work, about my medicine, not having a pen, and about not having paper to write on.

(12-8-18)
Asked Paramedic about receiving my medication. I told him that I have been asking everyday. He said he did pill line yesterday, implying that I did not ask him, then he walked off. Had he stayed for just a second, I could have told him that I asked the Captain, I was not saying that I asked him. These people are rude for no reason, they have become accustomed to not listening.

AM-Turned in 2-Informal Remedies, 1 about Legal paperwork, and 1 about not receiving my medication.

*E x f r f e*

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------------------------------

LT St. John came by. Very nice and took time to talk to everyone. I spoke to her about sending out my legal work certified, and about copies. I also asked about the phone. I gave her my 2-Informal Remedies.

LT Simmons brought the revised Incident Report, but, once again, he had corrected it himself. He also did not ask me for my statement. (Policy Violation)

(12-9-18)
Nurse Knopp brought me my medication. I had asked her about it. It was Afternoon pill line. As always, I appreciate her.

Mr. Kano (A2 case Manager) Came through and I asked for some paper, he searched for a couple sheets and gave them to me. I also asked him about sending out my legal paperwork certified. He said talk to the SHU staff.

SHU staff gave out Toilet paper, Hygiene's, Outfit change, no towel change,

(12-10-18)
Ordered Commissary (Turned in the slip) 1 Cough Drop, 1 Hemorrhoid ointment, 1 legal pad, 4 stamps.

2:20 an inmate was trying to address staff about an issue. The staff was being unhelpful, but then said he would handle it tomorrow, he told the inmate I'm off tomorrow, and then walked off.

I asked for a phone

I turned in Copout for SHU LT

(12-11-18)
Turned in Copout for the Captain. I asked about getting out of the SHU and about speaking to him.

AM-asked to use the Phone and about my legal work being sent out certified. (no help)
PM- Asked to use the phone. (never did)

Ms. Reed (Case Manager) came to tell me that I had to see DHO. She wrote her words in my statement, not mine.

(12-12-18)
Turned in 1-Informal Remedy about being in the SHU before my hearing and being found guilty of anything.

Asked SHU staff about sending out my legal work certified, and getting a copy.

Turned in Copout for Mr. Willis regarding refunding me for the missed video visit on 12-7-18.

PM- Asked for phone (4 times) they said it was broken

Ms. Reed dropped of DHO notice copy. I spoke to her about not having paper, envelopes, stamps, legal work certified, and phone. She turned and asked one of the guards about that. She then referred me to the SHU LT.

Staff came and gave out a few pieces of paper, a few envelopes, and they had no pens. ( Ms. Reed had addressed them)

I still sent copout to the SHU LT about stamps, phone, etc.

(12-13-18)
AM- I asked for pads, books, broom, copouts

Ms. Jenkins came by and spoke about getting a new REP for DHO, and I asked her about using the phone, she asked staff about the phone, they told her that Mr. Willis was working on it. She said if it was not fixed she would come by tomorrow and see what she could do. (she did not come back the next day) I also asked her about sending my legal work out certified, and she said for me to talk to the SHU staff.

Staff came and went through my property. Gave me some of my legal work. I asked him about sending my legal work to the court Certified, and he said he was only there to do property and he did not know. (he did  not have legal locker items)


Ex parte

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A
---------------------------------------------------------------------------------------

Asked Education lady about sending out my legal work to the Court certified, and getting a copy of it. She said to talk to Ms. Jenkins.

Staff gave us clothes, towel included. got 1 roll toilet paper, and 3 pads.

(12-14-18)
Asked Officer Dunn about sending my legal work to the Court certified. Asked him about getting a copy of the legal work, he said to speak to the Counselor, and said he would check on it. (no response after that)

Asked Officer Pier about making a phone call. Officer said they would check. (never did)

Asked Ms. Jackson (A2 Counselor) about sending legal work out to the Court. She said speak to my Unit team.

(12-15-18)
I asked LT St.John about sending out my legal work, copies of legal papers, using the phone, and sending my legal mail to the Court certified. She said she was supposed to have left at 2pm and it was around 4pm, so she was leaving. But, she said she would check back tomorrow and if no one had helped me, she would make the copy needed for the Court. (she never came back) She told the SHU staff that I needed to make a call.

PM- Asked SHU staff about sending out my legal papers to the Court Certified. They said they would check on it.

(12-16-18)
Mr. Kano came by, and I told him that he was my REP, he said ok.

Staff gave out clothes, 1 toilet paper and pads.

PM- asked staff about phones, she said they were still down.

(12-17-18)
AM- Asked Mr. Knopp about sending my legal work certified. He said he asked someone and they should come.

Released from the SHU today.

Asked to use phone while sitting in holding cell waiting to be released. Phone would not work.

Cyfarte

## FCI ALICEVILLE
## SPECIAL HOUSING UNIT RULES AND REGULATIONS

While housed in the special Housing Unit. All inmates will abide by the rules and responsibilities set below. Failure to comply with the special housing rules and Responsibilities will result in disciplinary action.

1. Monday through Friday, at 7:00am, (except weekends/holidays) you will be appropriately dressed (orange pants and shirt) while in the cell with your bed made and all items placed in the storage space provided under the bed. You will maintain this posture until 4:00pm. The sanitation of the cell is each inmates' responsibility. All cells will be kept clean and orderly at all times. No items will be stored on the window ledge, cover the windows, light fixtures or hang from the bed railings at any time that will obstruct the view of the cell and occupants. Writing or placing anything on the cell walls is not allowed.

2. You will be restrained from behind your back, pat searched and scanned with a handheld metal detector anytime you are being escorted. If you have a roommate she will be restrained prior to the door being opened.

3. Inmates placed in Special Housing Unit will be afforded an opportunity to review their personal property and receive authorized items for retention from the Special Housing unit Property Officer Monday thru Friday. You can request to retrieve authorized items from your property every 30 days from the initial property review.

4. Three meals will be furnished daily. No items will be kept from the food trays.

5. Clothing Exchange will be conducted three times a week, sheet exchange (every two weeks) and blankets once a month. All items are exchanged on for one only.

6. Shaving upon request, razors will be issued and collected by the Special Housing Unit Staff. The razor will be collected 60 minutes after issue

7. Haircuts will be given every thirty days (30) on the first weekend of the month. Any inmate requesting a haircut will submit an "Inmate Request to Staff."

8. All inmates will be afforded the opportunity to receive five one hour periods of recreation per week. This will ordinarily be conducted Monday-Friday. When the Special Housing Unit Staff asks if you want Recreation, state yes, or no any other response will be considered a refusal. Any inmate not properly dressed with bed made and proper cell sanitation will also be considered a refusal.

9. All inmates in Administrative Detention or Disciplinary Segregation status will be allowed to make one phone call every (30) days. All legal calls will be furnished by your assigned Unit Team. Requests to make a legal call must be done in advance by submitting an Inmate Request to Staff.

10. Commissary Lists will be issued and collected on Mondays, during Evening Watch. Do not write in items that are not on the list as this action will result in your list being voided.

11. The Law Library in the Special Housing Unit is computer based, and available for you to work on current legal cases as needed. You must request the use of the Library by submitting an Inmate Request to staff. When copies are purchased the education Department will deliver them once your inmate account is debited.

12. Inmates will not seal their out-going correspondence.

13. You must stand for the daily 4:00pm, 10:00pm count and any additional emergency counts. The only exceptions are with a current valid medical restriction.

14. All inmates will comply with the required 21 day cell rotation.

15. Inmate Duress alarm is for medical Emergencies only. Misuse of the system will result in disciplinary action

Note: A cell inspection is conducted by Special Housing Unit staff prior to occupancy, No linen, clothing or mattress issued will be altered or unserviceable. All items exchanged will be returned in the same condition. Any items returned altered or unserviceable will result in an incident report and referred to the UDC and the DHO for final disposition and sanctioned restitution for the cost of the item altered or made unserviceable.

Inmate Signature and Reg#_____     Date_____

16

BP-A0288
JAN 17

INCIDENT REPORT

*Ex. Parte*

## U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

### Part I - Incident Report

| 1. Institution:  FCI Aliceville | | | Incident Report Number: | |
|---|---|---|---|---|
| 2. Inmate's Name:  Pearson, Freya | 3. Register Number:  27182-045 | 4. Date of Incident:  12-24-2018 | | 5. Time:  10:00 AM |
| 6. Place of Incident:  A1 129 | 7. Assignment:  Compound pm | | | 5. Unit:  A1 |
| 9. Incident: Interfering with the taking of count, Refusing to obey an order of any staff member | | 10. Prohibited Act Code(s)  321, 307 | | |

11. Description of incident (Date: __12-24-2018__   Time: __10:00 AM__   Staff became aware of incident):

On 12-24-2018 at approximately 10:00 am after announcing stand up, lights on for an official count. Upon approaching Inmate Pearson's cell Inmate Pearson was laying in the bed under the covers. After several attempts of me knocking on the cell door she finally got out of the bed. "I then asked inmate Pearson if she was aware of the rules and regulations for count. The Inmate agreed that she did." Inmate is in violation of the A&O rules and regulations handbook that she signed for.

| 12. Typed Name/Signature of Reporting Employee:  E. Butler/ *E. Butler* | 13.Date And Time:  **12-24-2018/ 11:00 AM** |
|---|---|
| 14. Incident Report Delivered to Above Inmate By  (Type Name/Signature): | 15. Date Incident Report Delivered:  *12/24/2018* | 16. Time Incident Report Delivered:  *3:35pm* |

### Part II - Committee Action

17. Comments of inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____

B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of its finding and of the right to file An appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)          Member (Typed Name)          Member (Typed Name)

Page #2,  Continued                                             Incident Report

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD                          Prescribed by P5270                    Replaces BP-A0288 of AUG 11

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|

*11*

BP-A0288
JAN 17

INCIDENT REPORT

*Ex Parte*

U.S. DEPARTMENT OF JUSTICE                   FEDERAL BUREAU OF PRISONS



### Part I - Incident Report

| 1. Institution: FCI Aliceville | | | Incident Report Number: | |
|---|---|---|---|---|
| 2. Inmate's Name:<br>Pearson, Freya | 3. Register Number:<br>27182-045 | | 4. Date of Incident:<br>12-24-2018 | 5. Time:<br>10:00 AM |
| 6. Place of Incident:<br>A1 129 | 7. Assignment:<br>Compound pm | | | 5. Unit:<br>A1 |
| 9. Incident: Interfering with the taking of count, Refusing to obey an order of any staff member | | 10. Prohibited Act Code(s)<br>321, 307 | | |

11. Description of Incident (Date: __12-24-2018__   Time: __10:00 AM__   Staff became aware of incident):

On 12-24-2018 at approximately 10:00 am after announcing stand up, lights on for an official count. Upon approaching Inmate Pearson's cell Inmate Pearson was laying in the bed under the covers. After several attempts of me knocking on the cell door she finally got out of the bed. "I then asked inmate Pearson if she was aware of the rules and regulations for count. The inmate agreed that she did." Inmate is in violation of the A&O rules and regulations handbook that she signed for.

| 12. Typed Name/Signature of Reporting Employee:<br>E. Butler/ *E. Butler* | 13. Date And Time:<br>12-24-2018/ 11:00 AM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature: | 15. Date Incident Report Delivered:<br>12/24/2018 | 16. Time Incident Report Delivered:<br>3:35 PM |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

Inmate stated she is being harrassed the officer is lying in the incident report. She never issued me a direct order and I was already standing for count as officer (a girl said) and I never had a conversation with Ms. Butler.

| 18. A. It is the finding of the committee that you: | | B. | ✓ | The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|---|---|---|
| ____ | Committed the Prohibited Act as charged. | | | |
| ____ | Did not Commit a Prohibited Act. | C. | | The Committee advised the inmate of its finding and of the right to file |
| ____ | Committed Prohibited Act Code(s). _____ | | | An appeal within 20 calendar days. |

19. Committee Decision is Based on Specific Evidence as Follows:

Based on the persons statement if you are found to have committed the prohibited act greater sanctions should be imposed than those available at the UDC level

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

If you are found to have committed the prohibited acts the UDC recommends 41 GCT days 60 days loss of phone and 30 days loss of commissary

21. Date and Time of Action: 12-28-18  2:00pm (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings):

| *R. Donald* / *[signature]* | | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

Page #2, Continued                                                          Incident Report

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD                          Prescribed by P5270                          Replaces BP-A0288 of AUG 11

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|

12.

*E xparte*

BP-A0293
AUG 11

Inmate Rights at Discipline Hearing CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Institution: ___FCI ALICEVILLE___ .

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;

2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;

3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;

4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;

5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;

6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,

7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: Pearson, Freya. Reg. No.: #27182-045

Inmate Signature: _____ . Date: _12-28-18_

Notice of rights given to inmate (Date/time): __12/28/2018 @ 2:00pm__
by: __R. Burnett__ _____
         Staff Printed Name/Signature

Where an inmate has been advised of the rights afforded at a hearing before the DHO, but refuses to sign the acknowledgement, the following should be completed,
I have personally advised (Inmate's Name/Register No.): _____.
of the above rights afforded at a discipline hearing before the DHO; however the inmate has refused to sign the acknowledgment.

Staff Typed or Printed Name / Signature: _____ / _____.

Date: _____.

WAIVER OF 24 HOUR NOTICE

I have been advised that I have the right to have a written copy of the charge(s) against me at least 24 hours prior to appearing before the DHO. I wish to waive this right and proceed with the DHO hearing at this time.

Inmate Typed or Printed Name / Signed: _____ / _____.

Register Number: _____. Date: _____. Time: _____.

Witnessed by: _____ / _____.
                 (Staff Printed Name/Signature)

*(This form may be replicated via WP)*     Prescribed by P5270     Replaces BP-293(52) of JAN 88

13

*Exparte*

BP-A0294       Notice of Discipline Hearing Before the (DHO) CDFRM
AUG 11
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

<u>FCI ALICEVILLE, AL</u>
Institution

| To: Pearson, Freya | REG. NO.: 27182-045 |
|---|---|
| ALLEGED VIOLATION(S):<br>Interfering With Taking Count<br>Refusing To Obey An Order | |
| DATE OF OFFENSE: 12/28/2018 | CODE NO: 321,307 |

You are being referred to the DHO for the above charge(s).

The hearing will be held on: ___TBD___ at ___TBD___ (A.M./P.M.) at the following location:

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _✓_ (do not) _____ wish to have a staff representative.

If so, the staff representative's name is: _Mr. Cano (Case Manager)_

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) _✓_ (do not) ____ wish to have witnesses.

| NAME: _Officer Carlisle_ | CAN TESTIFY TO: _they I was standing for count and me and Officer Butler did not have a conversation_ |
|---|---|
| NAME: | CAN TESTIFY TO: |
| NAME: | CAN TESTIFY TO: |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

| DATE: _12-28-18_ | SIGNATURE: _____ |
|---|---|

Notice of hearing before DHO given inmate __12/28/2018__ _3:10pm_ by __R. Burnett__
                                           Date/Time              Staff Printed Name/Signature

*(This form may be replicated via WP)*                    *Replaces BP-294(52) of JAN 88*

Prescribed by P5270

BP-A0306       DUTIES OF STAFF REPRESENTATIVE CDFRM

14

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A          *Ex parte*

--------------------------------------------------------------------------------

FROM: Warden
TO: 27182045
SUBJECT: RE:***Inmate to Staff Message***           *Wardens Response*
DATE: 01/02/2019 09:12:02 AM

Ms. Pearson, Your concerns are noted. You may appeal through the Administrative Remedy process.

>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 12/31/2018 7:36 PM >>>
To: Warden                                          *3rd Plea for Help*
Inmate Work Assignment: None

I need assistance
-----PEARSON, FREYA D on 12/31/2018 7:35 PM wrote:

>

Hi,

I have been having an issue with Officer Butler for a while now. I need some help. She is lying in Incident Reports and no one is addressing the issue. I have asked for help from the Captain, a couple Lt's, SIS, and now I am asking  again for help now.

I am being punished for the Reports that this Officer is lying in, and although staff is telling me that my voice is being heard, and that they are investigating,  the fact remains that I am being punished, while the so called investigating is going on. The video has been reviewed from 12-5-18, and it has been discovered that the staff lied about stopping and talking to me during lockdown. That means it is no longer my word against hers, if she talked to me, than she had to stop and do so, the video shows that she did not. The video showed that she simply locked my door like she did everyone else's. I was told that I was still going to be punished by DHO, even though the video shows that she lied min the Report. The staff said that I will be punished because hey will still listen to the staff member. I am confused, if the video shows that the staff lied, why would you still be listening to the staff. The video doesn't lie, the staff did. I am frustrated.

I have already spent 12 days in the SHU for something that I did not do, and now I am going to be further punished even though the video shows her to be lying. I do not understand that. I need someone to actually address this issue with this staff member. She has written another Report in which she has lied again. When does this stop, and why is her behavior being condoned. I should not be punished, and my record tarnished for things that I am not doing.

I have turned in an Informal Remedy, spoke to LT's, sent emails to Captain, SIS, and now I am doing it all over again. NO ONE has responded to my request for help.

What is the point in investigating an incident report if you intend to punish the inmate regardless of what you find out. That equates to a blatant disregard for BOP policy, and the inmates Constitutional Rights.

I need help and I don't want to keep being punished for things that I am NOT doing. DHO likes to punish us, and I have to appear before them AGAIN, on the 2nd Incident, and on the 1st incident report, since it was continued.

I need help to address this staff members behavior, and I need help to stop this punishment.

Also, why doesn't the 12 days that I was forced to stay in the SHU, for NO reason, count for anything??

Freya Pearson

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A          *Ex parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: A Unit Team
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 01/03/2019 10:50:37 AM

To: Ms. Burnett
Inmate Work Assignment: None

Hi Maam,

 I was just checking on the status of the Informal Remedy that I submitted on 12-26-18. I am in need of a copy, if that is an issue, I can wait until I receive the response for the copy.

Thanks

Freya


Never Received (about Ms. Butler)
copy

*Cx Parte*

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A
--------------------------------------------------------------------------------

FROM: 27182045
TO: Captain
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 12/31/2018 07:35:51 PM

*2nd Plea for Help*

To: Captain, Warden, SIS
Inmate Work Assignment: None

Hi,

I have been having an issue with Officer Butler for a while now. I need some help. She is lying in Incident Reports and no one is addressing the issue. I have asked for help from the Captain, a couple Lt's, SIS, and now I am asking  again for help now.

I am being punished for the Reports that this Officer is lying in, and although staff is telling me that my voice is being heard, and that they are investigating,  the fact remains that I am being punished, while the so called investigating is going on. The video has been reviewed from 12-5-18, and it has been discovered that the staff lied about stopping and talking to me during lockdown. That means it is no longer my word against hers, if she talked to me, than she had to stop and do so, the video shows that she did not. The video showed that she simply locked my door like she did everyone else's. I was told that I was still going to be punished by DHO, even though the video shows that she lied min the Report. The staff said that I will be punished because hey will still listen to the staff member. I am confused, if the video shows that the staff lied, why would you still be listening to the staff. The video doesn't lie, the staff did. I am frustrated.

I have already spent 12 days in the SHU for something that I did not do, and now I am going to be further punished even though the video shows her to be lying. I do not understand that. I need someone to actually address this issue with this staff member. She has written another Report in which she has lied again. When does this stop, and why is her behavior being condoned. I should not be punished, and my record tarnished for things that I am not doing.

I have turned in an Informal Remedy, spoke to LT's, sent emails to Captain, SIS, and now I am doing it all over again. NO ONE has responded to my request for help.

What is the point in investigating an incident report if you intend to punish the inmate regardless of what you find out. That equates to a blatant disregard for BOP policy, and the inmates Constitutional Rights.

I need help and I don't want to keep being punished for things that I am NOT doing. DHO likes to punish us, and I have to appear before them AGAIN, on the 2nd Incident, and on the 1st incident report, since it was continued.

I need help to address this staff members behavior, and I need help to stop this punishment.

Also, why doesn't the 12 days that I was forced to stay in the SHU, for NO reason, count for anything??

Freya Pearson

R x Parle

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

---

FROM: 27182045
TO: Captain
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 12/24/2018 06:05:18 PM

To: Captain
Inmate Work Assignment: None

Captain, If I can help it, I would not like to move anywhere.
-----PEARSON, FREYA D on 12/24/2018 4:55 PM wrote:        1st Plea for Help

>

HI,

I am having trouble with an Officer (Ms. Butler) targeting me, lying in Incident Reports, showing favoritism, etc. I have been written an Incident and was sent to the SHU for 12 days behind her lie, and I am asking for some help. This Officer has other inmates walking around with her while she is locking everyone else down (check camera on 12-05-18 approx 3:35-3:50). It is not fair to the rest of the inmates for her favorites to have a different set of rules than we do. We are being written Incident Reports, and subjected to extra duty for things that her favorites do daily with no consequences.

One of her favorites threw a chair at another inmate, I saw the incident, and the Officer laughed and did nothing. Her favorites sit in her office daily using profane words, and having obscene conversations, and if other inmates need to talk to her, they just sit and wont leave, she doesn't ask them to leave either. She talks about other inmates to them, creating conflict. It is really bad. She has told her favorite that I was talking about her, putting me in jeopardy, that is not ok.

One of her favorites has taken over the TV room, and she makes people uncomfortable when they try to come in there. She tells people they can't sit by her, that's why she threw the lady's chair. She told the lady that she could not sit by her, then threw her chair accross the room. Inmate.com says that she was kicked out of another unit for doing the same thing, now here she is doing it in here too, bullying the TV room, with NO consequences.

I have been written another Incident Report that she has lied in. She says that we have had conversations that we have never had. The camera should show that I am telling the truth, because it will show that we have not communicated, and yet her Incident Report says that we have. Because she has gotten away with lying in these reports before, she continues to do so.

I am asking for your help here. I mostly follow the rules. I don't get it right all the time, but it is usually something minor, and not often. I try to comply with the rules, and I am feeling stressed, and abused here. Ms. Butler accused me of calling her a "Bitch", and I do not refer to women like that. I don't even allow other inmates to play with me like that, I think it is degrading to refer to women that way.

These lies really hurt inmates, because you all punish us according to what staff says. So, if I am going to be punished for what someone says, I am asking that the person be truthful, and have a history of being truthful. This staff member does not have a history of being truthful. I do not want to be the victim of her lack of morality. I am respectful to staff, and I would like the same in return. I do not want to be harassed just because she does not like me.

Can you please help me??

Thank You

Freya Pearson
A1 129L

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A            *Ex parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: A Unit Team
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 12/19/2018 02:32:25 PM

To: Ms Burnett
Inmate Work Assignment: None

Hi Ms. Burnett,

Can you please confirm the time frame for an Informal Remedy to be completed by Staff and returned to us. I understand that BOP Policy says that the Informal Remedy, and the BP-9, are supposed to both be completed and turned in by 20 days. Our previous Institution had a 5 day time frame on having Informal Remedies Completed, what is your time frame Maam?

Thank You

Freya
-----Warden on 12/19/2018 8:42 AM wrote:

>
Ms. Pearson, "informal remedies" are addressed by the Unit Team staff, please follow up with your counselor at Open House hours.

>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 12/18/2018 6:23 PM >>>
To: Warden
Inmate Work Assignment: Pm Compound

Hi Warden,

  Can you please confirm your time frame, for responding to our "Informal Remedy" forms. Where I came from, it was 5 calendar days, what is it here?

Thank You

Freya

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex parte*

-----------------------------------------------------------------------------------------

FROM: Warden
TO: 27182045
SUBJECT: RE:***Inmate to Staff Message***
DATE: 12/19/2018 08:42:02 AM

Ms. Pearson, "informal remedies" are addressed by the Unit Team staff, please follow up with your counselor at Open House hours.

>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 12/18/2018 6:23 PM >>>
To: Warden
Inmate Work Assignment: Pm Compound

Hi Warden,

  Can you please confirm your time frame, for responding to our "Informal Remedy" forms. Where I came from, it was 5 calendar days, what is it here?

Thank You

Freya

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*E x parte* (handwritten)

--------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 12/05/2018 01:12:35 PM

To: Ms Bradley
Inmate Work Assignment: None

God Afternoon,

I wanted to get your thoughts on an issue, so that we do not have to waste any time in the process. I am about to do a 9, regarding the response time that DHO is taking, regarding giving inmates their paperwork after their hearing. Since inmates cannot appeal a DHO ruling until they receive the paperwork, then it should be given to them in a timely manner.

The issue is, that the DHO complaint is not against your facility, "Aliceville", it is against "Pekin Federal Prison Camp". So, I am asking, if you would suggest that I do a 9 to you, or should I go directly to a 10, since your facility is not involved in that issue?

Thank You

Freya Pearson

no Response (handwritten)

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*Ex parte*

---------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 12/04/2018 04:37:49 PM

To: Warden
Inmate Work Assignment: None

Good Afternoon,

 I was wondering if you would give me some assistance in receiving help from Medical. I am retaining fluid more than I should be, and I have not had the regular Blood Pressure checks that are required with the medicine that I am on. Also, I still do not have a response from medical regarding what the medicine amlodipine is, and a warning pamphlet for the medicine. I have been asking since it was prescribed.

Thank You
-----PEARSON, FREYA D on 12/4/2018 4:34 PM wrote:

>

Hi Dr Griffin,

 I need to get a medical pass from you to receive additional toilet paper. You have me taking water pills, and I have a lot of fluid that I retain and I urinate quite a bit. Also, I need the fluid retention issue addressed please.

3rd request regarding fluid retention

Thank You

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*E x parte*

------------------------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 12/04/2018 04:34:36 PM

To: Dr Griffin
Inmate Work Assignment: None

Hi Dr Griffin,

I need to get a medical pass from you to receive additional toilet paper. You have me taking water pills, and I have a lot of fluid that I retain and I urinate quite a bit. Also, I need the fluid retention issue addressed please.

3rd request regarding fluid retention

Thank You

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*Ex Parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 12/04/2018 06:39:56 AM

To: Dr Griffin
Inmate Work Assignment: None

Hi Dr Griffin,

I am still retaining fluid. I am not sure that this Blood Pressure medicine is working properly. I need to be checked out. Also, I have not had regular Blood Pressure checks since I have been here, with the exception of the first day and the appointment with you 5 days later. You have not responded to advise what amlodopine is, and I still do not have the pamphlet for the warnings either.

I have sent you these same issues before, with no response from you.

Please address these issues.

Thank You

24

*Ex parte*

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------

FROM: 27182045
TO: A Unit Team
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/30/2018 10:07:20 AM

To: Ms Burnett
Inmate Work Assignment: None

Yes maam you are correct, Thank You
-----A Unit Team on 11/30/2018 7:42 AM wrote:

>
According to your case manager you received the documentation on 11-29-18 at 3:50pm.

>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 11/29/2018 8:21 AM >>>
To: Ms Burnett
Inmate Work Assignment: None

Hi,

Thank You for speaking with me today at Team... I wanted to make sure that I document, that I have requested my DHO
paperwork from you and Ms. Reed. I have not received it from Pekin DHO staff yet. I appreciate Ms.Reed ordering the
paperwork, and I look forward to receiving it, so that I may appeal the results of the hearing.

Thank You   :)

25

Ex Parte

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

-------------------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/27/2018 07:08:53 AM

To: Dr Griffin
Inmate Work Assignment: None

Hi,

 I am wondering why you have not set me up for regular Blood Pressure Checks. My BP is usually checked regularly. I am
retaining a lot of fluids, so I think the dosage needs to be adjusted. I am really retaining a lot, this can't be normal, it is alarming.

I still do not have an answer from you as to what amlodopine is, and I have asked you several times. Can you please tell me
that is?

Thank You

26

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A           *Ex Parte*

-------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/19/2018 01:14:11 PM

To: Ms Bradley
Inmate Work Assignment: None

Hi Ms. Bradley,

I was able to pick up 2 of my prescriptions, I have to take my old inhaler to the pharmacy to get the new one, but it is ready. I noticed that the date on the bottles of Hydrochlorothiazide and Ibuprofen says 11-13-18, I went to pill pickup on 11-14-18 and the only meds they had were amlodipine, I still don't know what that is. There were no other prescriptions available, so I find it strange that the bottles have that date. I still do not have my triamsinolone ointment.

I have my BP meds, so I Thank You again for your help in that, they are very much needed.

Thanks Again  :)

27

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex Parte*

---------------------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/19/2018 10:49:29 AM

To: Warden
Inmate Work Assignment: None

Thank You maam, noone had informed me. I appreciate your help.  :)
-----Warden on 11/19/2018 8:47 AM wrote:

>
I understand from the pharmacist your medications have been filled and are ready for pick up.

>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 11/17/2018 4:39 PM >>>
To: Warden
Inmate Work Assignment: None

Hi Ms. Bradley,

I still do not have my BP meds, and I have an enlarged heart as my medical records show, so I need to keep my BP under
control. This makes 4 days of sending emails a couple times a day, and no meds or response. I have yet to see the lady that
you mentioned, in mainline.

I need my meds please.

Thank You
-----PEARSON, FREYA D on 11/17/2018 4:36 PM wrote:

>

Hi, I still do not have my BP meds and I need them. May I have my BP meds. I have an enlarged heart as you already know,
and I need to keep my BP under control. Also, may I have my other meds too.

Thank You

28

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex parte*

--------------------------------------------------------------------------------

FROM: Warden
TO: 27182045
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/19/2018 08:47:02 AM

I understand from the pharmacist your medications have been filled and are ready for pick up.

>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 11/17/2018 4:39 PM >>>
To: Warden
Inmate Work Assignment: None

Hi Ms. Bradley,

I still do not have my BP meds, and I have an enlarged heart as my medical records show, so I need to keep my BP under control. This makes 4 days of sending emails a couple times a day, and no meds or response. I have yet to see the lady that you mentioned, in mainline.

I need my meds please.

Thank You
-----PEARSON, FREYA D on 11/17/2018 4:36 PM wrote:

>

Hi, I still do not have my BP meds and I need them. May I have my BP meds. I have an enlarged heart as you already know, and I need to keep my BP under control. Also, may I have my other meds too.

Thank You

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex Parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/19/2018 07:06:36 AM

To: Ms Bradley
Inmate Work Assignment: None

Good Morning,

I have not had my BP meds or any other meds in 6 days now. I need my meds please.

Thank You
-----PEARSON, FREYA D on 11/19/2018 7:05 AM wrote:

>

Good MOrning,

Today is day 6, and I hope to get my meds today. I need my BP meds and my other prescriptions please.

Thank You

3 0

Ex Parte

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/19/2018 07:05:35 AM

To: Dr Griffin
Inmate Work Assignment: None

Good MOrning,

Today is day 6, and I hope to get my meds today. I need my BP meds and my other prescriptions please.

Thank You

3/

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex Parte*

----------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/18/2018 01:56:23 PM

To: Warden
Inmate Work Assignment: None

Hi,

I still do not have my BP meds or my other meds. May I have them please?

Thank You
-----PEARSON, FREYA D on 11/18/2018 1:55 PM wrote:

>

Hi Dr Griffin,

I still do not have my BP meds. I have an enlarged heart, and I need to keep my Blood Pressure down, I need my BP meds. I am also retaining fluids. May I have them please. I also need all of my other meds.

Thank You

32

*Exparte*

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/18/2018 01:55:21 PM

To: Dr Griffin
Inmate Work Assignment: None

Hi Dr Griffin,

I still do not have my BP meds. I have an enlarged heart, and I need to keep my Blood Pressure down, I need my BP meds. I am also retaining fluids. May I have them please. I also need all of my other meds.

Thank You

33

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*Ex parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/18/2018 09:07:59 AM

To: Dr Griffin
Inmate Work Assignment: None

Hi Dr Griffin,

I still do not have my BP meds. I need my BP meds, I have an enlarged heart and I need my meds. Also, I still need all of my prescriptions to be filled. This is now 5 days of no meds.

Thank You

34

*Ex Parte*

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/17/2018 04:36:21 PM

To: Dr Griffin
Inmate Work Assignment: None

Hi, I still do not have my BP meds and I need them. May I have my BP meds. I have an enlarged heart as you already know, and I need to keep my BP under control. Also, may I have my other meds too.

Thank You

35

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex Parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/17/2018 07:17:29 AM

To: Dr Griffin
Inmate Work Assignment: None

Good Morning Dr Griffin,

I still have not had my BP meds and it has been 4 days now. I need my meds please. Also, I need my other medications to be sent to the pharmacy. I have an enlarged Heart and I need to keep my BP under control.

Thank You

56

Crofate

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

-----------------------------------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/16/2018 11:45:53 AM

To: Warden
Inmate Work Assignment: None

Just FYI Maam
-----PEARSON, FREYA D on 11/15/2018 7:08 AM wrote:

>

Good Morning,

I went to pill pickup yesterday and after standing in the cold for a very long time, my medications had not been ordered by you. You only ordered amlodipine, and I am guessing that that is the Norvast, I am not sure. Dr Griffin, before I left your office I specifically asked you the plan of treatment and what medications would be prescribed to me. You stated Hydrochlorothiazide, Ibuprofen, Norvast, Inhaler, and you refused my regular prescription of triamsinolone ointment. So, I do not understand why you did not put all of my prescriptions in as we discussed.

I agreed Dr Griffin to take Norvast because you told me that it was needed in addition to my hydrochlorothiazide meds. I did NOT agree to take Norvast, as a replacement to a medication that was already working. Why you felt that I needed an additional medication is still a mystery to me, because after steady and daily BP checks with the Hydrochlorothiazide, my BP was steady and good.

I would hope that you are not recommending that I take an additional medication, because my BP was high at your appointment, because that was your fault for not putting in my medication on Friday for me to have daily. The Nurses were nice enough to try and accommodate my meds the weekend, due to your negligence. So, I had not had my meds that day, but I hope that you would not base a medication diagnosis, on one high BP with no meds being taken that day. Now that I think about it, what are you basing your recommendation that I take additional BP meds on? I could understand taking magnesium, or potassium, but an additional BP med is questionable, can you please explain that reasoning?

Dr Griffin, I try to avoid having to deal with Medical because of the incompetence and deliberate Indifference that is routinely displayed there. I am disgusted at the Inhumane way you all treat inmates. You treat them as if they should not ask questions, you deny them meds that you know they need, and you purposely misdiagnose them to save money or you just don't care, either way, it is substandard care that you would not do to your patients on the street, if you were treating them.

I intend to file a complaint with the Alabama Medical Board if this continues. Your treatment is inhumane and I would rather not have to deal with you, unless absolutely necessary, so can you please give me what I need, not want, but need medically, so that I can limit my dealings with your department.

If not, I will do what is needed to get the medical treatment that I need, and it may take a while, it may be a difficult road, but eventually I will receive it. I am a very persistent and patient person Dr Griffin, I do not like people to be treated inhumane, especially me. Inhumane treatment is nothing more than abuse, especially when the people that you are treating that way have no other option, you should be ashamed.

Basically, I need my prescriptions sent to the Pharmacy.

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/16/2018 11:44:46 AM

To: Warden
Inmate Work Assignment: None

Good Morning,

I am in need of my BP medication. I have an Enlarged Heart as my records reflect, and I have not had my Hydrochlorothiazide
BP medication in 3 days now. Dr Griffin was supposed to send my prescriptions to the pharmacy 2 days ago and he has not. I
have sent several emails, and still have no meds. The lady that you spoke about has not been in mainline.

I just need all of my medication please.

Thank You
-----PEARSON, FREYA D on 11/16/2018 11:41 AM wrote:

>

Hi Dr Griffin,

This is my 3rd day with no BP meds and no response on how to get them. I have sent a request since Wednesday, Thursday, I
sent a request this morning. I am sending another one now, I need my BP meds, I am retaining fluids. What is amlodipine 5mg?
I need my hydrochlorothiazide BP med, ibuprofen, triamsinolone, etc. Please provide my prescriptions.

As you are aware, I have an Enlarged Heart, and I need my BP meds. Your lack of response is a deliberate indifference to my
medical needs. I have requested a complaint form for the state of Alabama Medical board. This will be addressed.

Thank You

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*Ex Parte*

-----------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/16/2018 11:41:30 AM

To: Dr Griffin
Inmate Work Assignment: None

Hi Dr Griffin,

This is my 3rd day with no BP meds and no response on how to get them. I have sent a request since Wednesday, Thursday, I sent a request this morning. I am sending another one now, I need my BP meds, I am retaining fluids. What is amlodipine 5mg? I need my hydrochlorothiazide BP med, ibuprofen, triamsinolone, etc. Please provide my prescriptions.

As you are aware, I have an Enlarged Heart, and I need my BP meds. Your lack of response is a deliberate indifference to my medical needs. I have requested a complaint form for the state of Alabama Medical board. This will be addressed.

Thank You

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/16/2018 07:02:28 AM

To: Dr Griffin
Inmate Work Assignment: None

Hi Dr Griffin,

This is yet day 3 without my Hydrochlorothiazide BP meds, and I need them. Once again, what is amlodipine and may I have the warning pamphlet?  My other meds are needed as well.

Please advise

46

*Ex parte*

TRULINCS 27182045 - PEARSON, FREYA D - Unit: ALI-A-A

--------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/15/2018 07:08:44 AM

To: Dr Griffin
Inmate Work Assignment: None

Good Morning,

I went to pill pickup yesterday and after standing in the cold for a very long time, my medications had not been ordered by you. You only ordered amlodipine, and I am guessing that that is the Norvast, I am not sure. Dr Griffin, before I left your office I specifically asked you the plan of treatment and what medications would be prescribed to me. You stated Hydrochlorothiazide, Ibuprofen, Norvast, Inhaler, and you refused my regular prescription of triamsinolone ointment. So, I do not understand why you did not put all of my prescriptions in as we discussed.

I agreed Dr Griffin to take Norvast because you told me that it was needed in addition to my hydrochlorothiazide meds. I did NOT agree to take Norvast, as a replacement to a medication that was already working. Why you felt that I needed an additional medication is still a mystery to me, because after steady and daily BP checks with the Hydrochlorothiazide, my BP was steady and good.

I would hope that you are not recommending that I take an additional medication, because my BP was high at your appointment, because that was your fault for not putting in my medication on Friday for me to have daily. The Nurses were nice enough to try and accommodate my meds the weekend, due to your negligence. So, I had not had my meds that day, but I hope that you would not base a medication diagnosis, on one high BP with no meds being taken that day. Now that I think about it, what are you basing your recommendation that I take additional BP meds on? I could understand taking magnesium, or potassium, but an additional BP med is questionable, can you please explain that reasoning?

Dr Griffin, I try to avoid having to deal with Medical because of the incompetence and deliberate Indifference that is routinely displayed there. I am disgusted at the Inhumane way you all treat inmates. You treat them as if they should not ask questions, you deny them meds that you know they need, and you purposely misdiagnose them to save money or you just don't care, either way, it is substandard care that you would not do to your patients on the street, if you were treating them.

I intend to file a complaint with the Alabama Medical Board if this continues. Your treatment is inhumane and I would rather not have to deal with you, unless absolutely necessary, so can you please give me what I need, not want, but need medically, so that I can limit my dealings with your department.

If not, I will do what is needed to get the medical treatment that I need, and it may take a while, it may be a difficult road, but eventually I will receive it. I am a very persistent and patient person Dr Griffin, I do not like people to be treated inhumane, especially me. Inhumane treatment is nothing more than abuse, especially when the people that you are treating that way have no other option, you should be ashamed.

Basically, I need my prescriptions sent to the Pharmacy.

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*Ex Parte*

--------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/14/2018 11:48:31 AM

To: Warden
Inmate Work Assignment: None

Maam, I was at mainline and she was not there.
-----Warden on 11/14/2018 10:42 AM wrote:

>
Ms. Pearson, Please speak with Ms. Elie, Health Service Administrator at mainline today regarding your medical concerns.


>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 11/14/2018 7:38 AM >>>
To: Warden
Inmate Work Assignment: None

Warden Bradley,

Good Morning, I am having problems with the Dr in medical, and I thought it appropriate to make you aware. I do understand that the Dr is usually the person that makes all of the decisions in medical, however, this Dr is providing some strange responses to serious medical conditions and concerns. I am forwarding you 2 emails that I have sent him. I am in need of proper medical care, and I am requesting assistance. There seems to be a deliberate indifference from Dr Griffin regarding my medical concerns, and I find it alarming. Inmates are human beings and deserve to be treated as such, and some of what he is doing is not humane, and can be harmful to my health.

Please excuse the typos in the first email, it timed me out before I could make a spell check.
-----PEARSON, FREYA D on 11/13/2018 9:29 PM wrote:

>

Hi Dr Grifin,

I was not very happy with our meeting today. You seemed to tell me things that are not accurate and that did not make rational sense. I havve a bleeding disorder that you are not familiar with and you attempted to pretend to know more about it than you actually do. M disorder as I explained to you requires a 4 part test, and you did nto know that. You seem to think that you can monitor my blood levels, for some strange reason, but I was not clear on the purpose of you doing that. Because there is no cure or treatment that you can offer, and you cannot manage my blood and it have an affect on this disorder. So, I would appreciate it if you would not pretend to treat a disorder that you cannot treat. If I bleed and do not clot I will let you know and we can go from there.

Next, I find it strange that you would demand that I waaste my money at commissary for some hydrocorticone cream that BOP has already had determined did not work on my eczema, so they have already prescribed Triamcinolone for tratment. You seem to want me to wast funds when I have had a prescription for cream since I have been in BOP. As a Physician you should already be aware that .1% of hydrocortisone cream serves virtually no purpose for treating eczema. I would expect that you are aware that a stronger dosage is required to actually do some good. So, why would you, a Physician demand that I waste my money on a cream that you should already know does not work, that BOP has determined does not work? I woulod like my triamsinolone cream that 2 doctors have already been prescribing for my eczema.

Thirde, I have bunyons, calcaneal spurs on both feet, heel spur on the right foot with severe swelling, arthritis in my right knee and you seemed to have an issue with giving me the soft shoe pass that my medical needs require. So, I am requesting to see an orthopedic. A specialist in this field may be able to advise you on the proper care of my feet. You observed severe swelling, bunyons, and you still refuse to properly help me.

I need better treatment. Real treatment

Thank You

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                      *Ex Parte*

--------------------------------------------------------------------------------------------------------

FROM: Warden
TO: 27182045
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/14/2018 10:42:03 AM

Ms. Pearson, Please speak with Ms. Elie, Health Service Administrator at mainline today regarding your medical concerns.


>>> ~^!"PEARSON, ~^!FREYA D" <27182045@inmatemessage.com> 11/14/2018 7:38 AM >>>
To: Warden
Inmate Work Assignment: None

Warden Bradley,

Good Morning, I am having problems with the Dr in medical, and I thought it appropriate to make you aware. I do understand that the Dr is usually the person that makes all of the decisions in medical, however, this Dr is providing some strange responses to serious medical conditions and concerns. I am forwarding you 2 emails that I have sent him. I am in need of proper medical care, and I am requesting assistance. There seems to be a deliberate indifference from Dr Griffin regarding my medical concerns, and I find it alarming. Inmates are human beings and deserve to be treated as such, and some of what he is doing is not humane, and can be harmful to my health.

Please excuse the typos in the first email, it timed me out before I could make a spell check.
-----PEARSON, FREYA D on 11/13/2018 9:29 PM wrote:

>

Hi Dr Grifin,

I was not very happy with our meeting today. You seemed to tell me things that are not accurate and that did not make rational sense. I havwe a bleeding disorder that you are not familiar with and you attempted to pretend to know more about it than you actually do. M disorder as I explained to you requires a 4 part test, and you did nto know that. You seem to think that you can monitor my blood levels, for some strange reason, but I was not clear on the purpose of you doing that. Because there is no cure or treatment that you can offer, and you cannot manage my blood and it have an affect on this disorder. So, I would appreciate it if you would not pretend to treat a disorder that you cannot treat. If I bleed and do not clot I will let you know and we can go from there.

Next, I find it strange that you would demand that I waaste my money at commissary for some hydrocorticone cream that BOP has already had determined did not work on my eczema, so they have already prescribed Triamcinolone for tratment. You seem to want me to wast funds when I have had a prescription for cream since I have been in BOP. As a Physician you should already be aware that .1% of hydrocortisone cream serves virtually no purpose for treating eczema. I would expect that you are aware that a stronger dosage is required to actually do some good. So, why would you, a Physician demand that I waste my money on a cream that you should already know does not work, that BOP has determined does not work? I woulod like my triamsinolone cream that 2 doctors have already been prescribing for my eczema.

Thirde, I have bunyons, calcaneal spurs on both feet, heel spur on the right foot with severe swelling, arthritis in my right knee and you seemed to have an issue with giving me the soft shoe pass that my medical needs require. So, I am requesting to see an orthopedic. A specialist in this field may be able to advise you on the proper care of my feet. You observed severe swelling, bunyons, and you still refuse to properly help me.

I need better treatment. Real treatment

Thank You

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex parte*

---------------------------------------------------------------------------------------------------

FROM: 27182045
TO: Warden
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/14/2018 07:39:34 AM

To: Warden
Inmate Work Assignment: None

2nd Email
-----PEARSON, FREYA D on 11/14/2018 7:04 AM wrote:

>

****CONTINUATION OF LAST EMAIL*****  Please excuse the typos of my last email, it timed me out, I am not used to your system yet and it times out according to count times, instead of just time.

Dr Griffin, I do not need much from Health Services, and because I know that you all tend to provide substandard care, I try to get everything that I need in the beginning, so that I do not have to continually deal with this issue, and interact with you all. You seem to think that because we are inmates, that we do not deserve the standard medical care that you would provide to a human being. You display that indifference towards inmates daily, and sometimes to the detriment of their health.

Let me be clear, I will not allow you to deprive me of proper medical care, and more importantly, I will not allow you to provide care that is damaging to my health. I am 45 soon to be 46 years old, and I need all of my body parts functioning properly. I came into BOP walking, and without damaged feet, I intend to minimize the damage that being in BOP has already done to my feet, and my health.

You seem to be very slow and have a very unusual demeanor in handling things. You seem to be unsure and when you don't know you just make things up that are not accurate, I do not like that, so please do not do that with me. I do read policy and I am aware of what does and does not apply to me. So as I explained to you, I was born with this blood issue, and have suffered with it my whole life. Because the issue is so rare, people like you have been trying to use me as  pin cushion my whole life, and I have learned to simply say no. It is virtually untreatable, and unmonitorable, it happens when it decides to happen, and there is not really any warning.

So, a pin cushion I will not be, unfortunately for me, with this disorder, I have to be very cautious about giving my blood, and being stuck, so when you decide that you would like to order my blood, you will need to have a valid reason for doing so, and I will need to know what that is, and I will decide at that time, if I would like to agree or disagree. The tearing of my skin is crucial and can cause me major problems, so I am overly protective of that process.

You have stated to me to that the numbing of my toe on my left  foot can be resolved by using a nail file to file down my foot. The problem with your diagnosis is that the part that you want me to file down is not dead skin and is not hard, it is my skin and that made no sense at all. The numbing of that toe is an issue, that has not been properly addressed. The swelling of my right heel has not been properly addressed, exercise is not a proper diagnosis for a bone protruding into my heel. You tell me to exercise, then in the same breath, you tell me that I do not have the proper items needed here, to do the exercises that you have recommended, that makes absolutely no sense, and simply means, that you have not addressed my medical condition with a treatment plan, that can actually be implemented. But you will say that you have addressed my medical concerns.

So in essence, you have pretended to monitor an unmontorable blood disorder, ordered impossible treatment for a swelling and painful foot, refused to treat the documented eczema, misdiagnosed the numbness in my left foot with, and ordered impossible remedies that would not have helped anyway.

I ned you to provide proper medical care or send me to a specialist that can.

44

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*Ex Parte*

---------------------------------------------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/13/2018 09:29:58 PM

To: Dr Griffin
Inmate Work Assignment: None

Hi Dr Grifin,

I was not very happy with our meeting today. You seemed to tell me things that are not accurate and that did not make rational sense. I havve a bleeding disorder that you are not familiar with and you attempted to pretend to know more about it than you actually do. M disorder as I explained to you requires a 4 part test, and you did nto know that. You seem to think that you can monitor my blood levels, for some strange reason, but I was not clear on the purpose of you doing that. Because there is no cure or treatment that you can offer, and you cannot manage my blood and it have an affect on this disorder. So, I would appreciate it if you would not pretend to treat a disorder that you cannot treat. If I bleed and do not clot I will let you know and we can go from there.

Next, I find it strange that you would demand that I waaste my money at commissary for some hydrocorticone cream that BOP has already had determined did not work on my eczema, so they have already prescribed Triamcinolone for tratment. You seem to want me to wast funds when I have had a prescription for cream since I have been in BOP. As a Physician you should already be aware that .1% of hydrocortisone cream serves virtually no purpose for treating eczema. I would expect that you are aware that a stronger dosage is required to actually do some good. So, why would you, a Physician demand that I waste my money on a cream that you should already know does not work, that BOP has determined does not work? I woulod like my triamsinolone cream that 2 doctors have already been prescribing for my eczema.

Thirde, I have bunyons, calcaneal spurs on both feet, heel spur on the right foot with severe swelling, arthritis in my right knee and you seemed to have an issue with giving me the soft shoe pass that my medical needs require. So, I am requesting to see an orthopedic. A specialist in this field may be able to advise you on the proper care of my feet. You observed severe swelling, bunyons, and you still refuse to properly help me.

I need better treatment. Real treatment

Thank You

45

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    *Ex Parte*

---------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/14/2018 07:04:06 AM

To: Dr Griffin
Inmate Work Assignment: None

****CONTINUATION OF LAST EMAIL*****  Please excuse the typos of my last email, it timed me out, I am not used to your system yet and it times out according to count times, instead of just time.

Dr Griffin, I do not need much from Health Services, and because I know that you all tend to provide substandard care, I try to get everything that I need in the beginning, so that I do not have to continually deal with this issue, and interact with you all. You seem to think that because we are inmates, that we do not deserve the standard medical care that you would provide to a human being. You display that indifference towards inmates daily, and sometimes to the detriment of their health.

Let me be clear, I will not allow you to deprive me of proper medical care, and more importantly, I will not allow you to provide care that is damaging to my health. I am 45 soon to be 46 years old, and I need all of my body parts functioning properly. I came into BOP walking, and without damaged feet, I intend to minimize the damage that being in BOP has already done to my feet, and my health.

You seem to be very slow and have a very unusual demeanor in handling things. You seem to be unsure and when you don't know you just make things up that are not accurate, I do not like that, so please do not do that with me. I do read policy and I am aware of what does and does not apply to me. So as I explained to you, I was born with this blood issue, and have suffered with it my whole life. Because the issue is so rare, people like you have been trying to use me as  pin cushion my whole life, and I have learned to simply say no. It is virtually untreatable, and unmonitorable, it happens when it decides to happen, and there is not really any warning.

So, a pin cushion I will not be, unfortunately for me, with this disorder, I have to be very cautious about giving my blood, and being stuck, so when you decide that you would like to order my blood, you will need to have a valid reason for doing so, and I will need to know what that is, and I will decide at that time, if I would like to agree or disagree. The tearing of my skin is crucial and can cause me major problems, so I am overly protective of that process.

You have stated to me that the numbing of my toe on my left  foot can be resolved by using a nail file to file down my foot. The problem with your diagnosis is that the part that you want me to file down is not dead skin and is not hard, it is my skin and that made no sense at all. The numbing of that toe is an issue, that has not been properly addressed. The swelling of my right heel has not been properly addressed, exercise is not a proper diagnosis for a bone protruding into my heel. You tell me to exercise, then in the same breath, you tell me that I do not have the proper items needed here, to do the exercises that you have recommended, that makes absolutely no sense, and simply means, that you have not addressed my medical condition with a treatment plan, that can actually be implemented. But you will say that you have addressed my medical concerns.

So in essence, you have pretended to monitor an unmontorable blood disorder, ordered impossible treatment for a swelling and painful foot, refused to treat the documented eczema, misdiagnosed the numbness in my left foot with, and ordered impossible remedies that would not have helped anyway.

I ned you to provide proper medical care or send me to a specialist that can.

46

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A                    Ex fate

-----------------------------------------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/09/2018 05:50:41 PM

To: Health Services
Inmate Work Assignment: None

Hi,

I still have not had my medicine. I am retaining fluid and I have an enlarged Heart, I need to make sure that I am taking my BP
meds. Please advise me on how to get them.

Thank You

2nd Request

47

TRULINCS  27182045 - PEARSON, FREYA D - Unit: ALI-A-A

*Ex parte*

------------------------------------------------------------------------------------------------------

FROM: 27182045
TO: Health Services
SUBJECT: ***Request to Staff*** PEARSON, FREYA, Reg# 27182045, ALI-A-A
DATE: 11/09/2018 10:27:20 AM

To: Health Services
Inmate Work Assignment: None

Hi,

I have not received my meds today, and I have no instruction on how to get them. Please advise on how to get my meds.

Thank You

*ux*

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Ex-Parte*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Pearson, Freya                    27182-045        A 1        Aliceville FCI
         LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.         UNIT         INSTITUTION

**Part A– INMATE REQUEST**   I submitted an Informal Remedy regarding the need to receive the Manufactures Warning label for the Medicine that has been prescribed to me. I asked for the Manufacturer Warning label and was told that I could not receive them. I have received the Manufacturer warning label from a BOP Prison when my medicine was prescribed. I received a response to my Informal Remedy with a Copy a unpolicy that has nothing to do with my request. I was Sent a BOP Policy (I am assuming because no Policy number was attached) regarding FDA medication Guides. I did not ask or complain about an FDA medication Guide, I simply asked for the Manufactures Warning label for my medication.) 1) I would like to receive the Manufactures warning label Please. 2) Please provide the Policy number for the FDA medication guide policy. I have a right to Know the side effects of the medication that BOP provides.

_1-7-19_                                    _[signature]_
DATE                                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Turned in/A to Counselor Jackson 1-7-19

_____                    _____
DATE                                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                                                    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
                  LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                    ⊛                    _____
DATE                                                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN

*Ex parte*

ALI 1330.17
October 15, 2012
Attachment A

## INFORMAL RESOLUTION REQUEST (IRR) FORM

| Inmate Name | Pearson, Freya | Register Number | 27182-045 |

12-19-18

### INFORMAL RESOLUTION PROCESS

Briefly state the specific complaint, including details and facts which support your request and the date on which the basis for your complaint occurred, your recommended resolution, and the actions you have taken and to whom you have spoken to resolve your complaint in Section 1.  Return the form to your Correctional Counselor or other Unit Team staff designated for that role. If all efforts at informal resolution fail, you will be issued a BP-9 form in which you may proceed in accordance with our policies and outlined in the institution supplement. The informal resolution process is not in any manner intended to prohibit you from pursuing complaints through this program. It is intended to ensure that all parties attempt to informally resolve an issue prior to initiating the formal process of filing an Administrative Remedy.

SECTION 1
**Briefly state your specific complaint, recommended solution, and actions you have taken to resolve:** (Please Print)

I went to Pharmacy to pick-up my Prescriptions and I asked for the Manufacturer Warning labels for my prescribed Medications. I was told that the BOP Policy did not allow them to give these to me. Please provide me with the manufacture Warning labels for my meds and Please Provide me which Policy forbids me to have the manufactures warning labels

SECTION 2
Date Received by Counselor for Response: _____
Summary of fact-finding: _____

_____

Actions taken to resolve informally: _____

Explain reasons for no resolution: _____

Date IRR form Issued to Inmate: 12-18-18    Unit Team Name (print): A. Burnett
Date IRR form Returned to Staff: 12-20-18    Unit Team Name (print): R. Burnett
Date Inmate Issued BP-9: 01-03-19    Unit Team Name (print): R. Burnett
Date Unit Manager/Camp Administrator Reviewed & Signature: _____ 1-2-19

SECTION 3
On _____ (date), this issue was informally resolved.    Inmate Signature

Distribution:  (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Correctional Counselor for filing.  (2) If complaint is NOT informally resolved, forward original, attached to BP-9, to the Coordinator's office for processing by the Clerk.

## INFORMAL RESOLUTION ATTEMPT

*Ex parte*

January 03, 2019

Pearson, Freya
Reg No.: 27182-045

BP 8 Health Services

This is in response to the attached complaint in which you have against Health Services.

Please review the attached document in which this portion of the policy applies to your complaint.

You may appeal to the Warden on an Administrative Remedy Form BP-229.

_____
R. Burnett, Correctional Counselor

01·03·2019
_____
Date

*Ex Parte*

## FDA MEDICATION GUIDES AND SIDE EFFECTS STATEMENT

**FDA MEDICATION GUIDES AND DISPLAY OF THE SIDE EFFECTS STATEMENT ARE REQUIRED WITH PRESCRIPTIONS DISPENSED PURSUANT TO INMATES BEING RELEASED, OR SENT TO A RESIDENTIAL REENTRY CENTER (RRC) (E.G. HALF-WAY HOUSE) FDA WEBSITE: http://www.fda.gov/Drugs/DrugSafety/ucm085729.htm .

FDA Medication Guides and display of the side effects statement **ARE NOT** required to be provided to the patient when the inmate is:
1. Confined within a BOP institution.
2. Being transferred within BOP (intra-system) or to another correctional entity (inter-system).

FDA Medication Guides and display of the side effects statement ARE required to be provided to the patient when the inmate is:
1. Being released to the community. (including writs and furloughs)
2. Sent to a Residential Reentry Center (RRC) (e.g. Half-Way House).

## OVER THE COUNTER MEDICATIONS

Formulary OTC Medications may only be prescribed as a maintenance medication associated with ongoing follow up in a chronic care clinic and supported by an appropriate and commensurate indication. Refer to the Formulary OTC Prescribing Criteria Matrix.

## MEDICAL CENTER ONLY

A restriction placed on some medication requiring that the use of this drug only be within a Federal Medical Center.

## MEDICATION RESTRICTIONS

Prescribing restrictions placed on certain medications.   Variance from restrictions requires non-formulary authorization.

## DIRECTLY OBSERVED THERAPY (Formerly "Pill Line") ONLY

A restriction placed on controlled substances, psychotropics, TB medications, and some other drugs, requiring that a single dose of the drug be administered to an inmate by a qualified employee at a designated time and place.   The administration of that dose must be recorded on a Medication Administration Record (MAR) by the employee.   A report of medications that are directly observed therapy only is available in BOP electronic medical record. There are some medications that are designated as directly observed therapy only for certain indications (see page 10).

## MLP REQUIRES COSIGN

A restriction placed on some medications requiring that a physician sign the medical record each time this drug is prescribed.   Subsequent medication orders for this drug must also include the signature of a physician.

-This was Attached to the Informal Remedy
Dated 12-20-18 received
1-3-19 signed as giving to me by Ms. Sn____

Page 8 of 53